IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDRIA D. WARE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PORT WENTWORTH; KODY WILLIAMS, in his individual capacity and official capacity; and CHARLES FUTCH, in his individual capacity and official capacity,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-176 |

**O R D E R**

Before the Court is a "Stipulation of Dismissal with Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they have settled the case and stipulate to the dismissal with prejudice of this action, with each party to bear its own costs and attorneys' fees. (Doc. 60.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 24th day of April, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA